419 A.2d 197

Commonwealth v. Colon, Appellant.

Submitted December 8, 1978. Michael J. Cefalo, Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

419 A.2d 197

Commonwealth v. Dixon, Appellant.

Submitted December 8, 1978. Vincent T. Snyder, for appellant; Robert B. Lawler, Chief, Appeals Division, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.